# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 3:10-cv-375-LRH-RAM |
| ) | |
| v. ) | JUDGMENT OF FORFEITURE |
| ) | |
| $101,020.00 IN UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

A verified Complaint for Forfeiture in Rem was filed on June 21, 2010. The Complaint alleges that the defendant U.S. Currency described in the caption, and all of such U.S. Currency, is property which constitutes proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act (21 USC § 801, et seq.) or constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance or listed chemical in violation of Title II of the Controlled Substances Act and is, therefore, subject to forfeiture to the United States of America pursuant to 21 USC § 881(a)(6).

Process was fully issued in this action and returned according to law.

Pursuant to a Summons and Warrant of Arrest in Rem for the Property issued by this Court on June 24, 2010, the United States Marshals Service arrested the defendant property on July 26, 2010.

Appropriate public notice of this forfeiture action and arrest was given to all persons and entities by publication of an appropriate notice via the official internet government forfeiture site, www.forfeiture.gov, compliant with Rule G(4), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Statutory notice of this action compliant with Rule G(4), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, was given to known prospective claimants, including Michaelah Ivies.

No claim, answer, or other responsive pleading has been filed on behalf of any person. Default was entered on September 27, 2010, of the defendant funds, specified individuals and entities, and all other persons or entities who claim an interest in the defendant property.

Now, therefore, good cause appearing, it is hereby ORDERED, ADJUDGED, AND DECREED that <u>Judgment</u> be and is entered against the defendant

$101,020.00 IN UNITED STATES CURRENCY

and against all persons and/or entities, having any interest in such property and that the defendant property be, and the same is, hereby forfeited to the United States of America and no right, title, or interest in the defendant property shall exist in any other party. The defendant property shall be disposed of according to law.

DATED this 6th day of October, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE